MARCIA KAUFMAN, Respondent, v. JACOB KAUFMAN, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.